UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　　　Defendants. | CASE NO. 2:16-CV-00864-MCE-AC<br><br>**ORDER GRANTING PARTIES' STIPULATION** |

　　Having considered the parties' stipulation filed on January 3, 2017, the Court hereby ORDERS that that Plaintiff's motion to supplement the record shall be decided upon the record and briefs on file, and that no hearing is required.

　　IT IS SO ORDERED.

Dated:  January 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE