# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CASE NO. 2:16-CV-00864-MCE-AC<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |

In response to the Stipulation of the Parties Concerning the Proposed Briefing Schedule, the Court hereby sets the following case deadlines.

| **Event** | **Deadline** |
|---|---|
| Plaintiffs' motion for summary judgment due, to be limited to 35 pages.[1] | November 29, 2017 |
| Defendants' combined cross-motion for summary judgment/opposition to plaintiffs' motion for summary judgment due, to be limited to 40 pages. | January 19, 2018 |
| Defendant-intervenors' combined opposition and cross-motion for summary judgment, limited to 40 pages. | January 19, 2018 |

---

[1] All page limitations exclude the caption, tables of contents, authorities, and defined terms, and the signature block.

1

| | |
|---|---|
| Plaintiffs' combined reply in support of motion for summary judgment/opposition to defendants' cross-motion for summary judgment due, to be limited to 25 pages. | February 9, 2018 |
| Defendants' reply in support of cross-motion for summary judgment due, to be limited to 20 pages | March 2, 2018 |
| Defendant-intervenors' reply in support of cross-motion for summary judgment, limited to 20 pages. | March 2, 2018 |
| Hearing on the parties' motions for summary judgment. | March 22, 2018 at 2:00 p.m., or as soon thereafter as is convenient for the Court. |

IT IS SO ORDERED.

Dated: October 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE