JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARKSY, Chief
S. JAY GOVINDAN, Assistant Section Chief
SARAH J. SHEFFIELD, Trial Attorney, HI Bar No. 10415
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202)305-0211
Fax: (202)305-0275
sarah.sheffield@usdoj.gov

SHAUN M. PETTIGREW, CA Bar No. 254564
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington D.C. 20044-7611
Tel: (202)305-3895
Fax: (202) 305-0506
shaun.pettigrew@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Federal Defendants. | CASE NO. 2:16-CV-00864-MCE-AC<br><br>**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE** |

Federal Defendants submit the following response to Plaintiff's request that the Court take judicial notice of several documents in connection with its review of this case. Generally, Federal Defendants do not dispute that a court may take judicial notice of "matters of public record." *United States v. 14.02 Acres of Land*, 547 F.3d 943, 955 (9th Cir. 2008). Nor do Federal Defendants dispute that documents published by state and Federal agencies are public records. *Nat. Res. Def. Council v. Kempthorne*, 539 F. Supp. 2d 1155, 1167 (E.D. Cal. 2008). Thus, to the extent that Plaintiff seeks judicial notice of exhibits A-I and K, Federal Defendants do not oppose judicial notice as to the existence of these documents. However, to the extent that Plaintiff seeks judicial notice of its interpretation as to the contents and significance of these documents, Plaintiff's request should be denied. *United States v. S. Cal. Edison Co.*, 300 F. Supp. 2d 964, 974 (E.D. Cal. 2004) ("A court may not take judicial notice of one party's opinion of how a matter of public record should be interpreted.").

Federal Defendants do oppose judicial notice of Exhibit J, as it post-dates the agencies' decision challenged in this case. *Ctr. For Biological Diversity v. U.S. Fish & Wildlife Serv.*, 450 F.3d 930, 944 (9th Cir. 2006) ("[P]ost decision information 'may not be advanced as a new rationalization . . . for attacking an agency's decision.'" (quoting *Sw. Ctr. For Biological Diversity v. U.S. Forest Serv.*, 100 F.3d 1443, 1450 (9th Cir. 1996))); *Sierra Club v. Tahoe Reg'l Planning Agency*, No. 2:13-cv-00267, 2014 WL 1366253, at *3 (E.D. Cal. April 7, 2014) (denying Plaintiffs' requests for judicial notice of all post-dated documents); *Cleveland v. United States*, 546 F. Supp. 2d 732, 778 (N.D. Cal. 2008) (concluding that the documents that post-date the events at issue in the lawsuit would not be judicially noticed). As such, Federal Defendants request that the Court decline to take judicial notice of Exhibit J.

DATED: January 19, 2018

                        Respectfully Submitted,

                        JEFFREY H. WOOD,
                        Acting Assistant Attorney General
                        SETH M. BARSKY, Chief
                        S. JAY GOVINDAN,
                        Assistant Section Chief

                        */s/ Sarah J. Sheffield*
                        Sarah J. Sheffield,
                        Trial Attorney
                        United States Department of Justice
                        Environment & Natural Resources Division
                        Wildlife & Marine Resources Section
                        Ben Franklin Station
                        P.O. Box 7611
                        Washington, DC 20044-7611
                        Tel: (202) 305-0211
                        Fax: (202) 305-0275
                        E-mail: sarah.sheffield@usdoj.gov

                        SHAUN M. PETTIGREW
                        Trial Attorney
                        Natural Resources Section
                        P.O. Box 7611
                        Washington, D.C. 20044-7611
                        Tel: (202) 305-3895 (Pettigrew)
                        Fax:  (202) 305-0506
                        shaun.pettigrew@usdoj.gov

                        *Attorneys for the Federal Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2018, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

> */s/ Sarah J. Sheffield*
> Sarah J. Sheffield,
> U.S. Department of Justice