Andrew G. Ogden (CA Bar # 112384)
P.O. Box 3673
Boulder, CO 80307-3673
Tel: (303) 818-9422
aogden@indra.com

Sean Malone (OR Bar # 084060) *Admitted Pro Hac Vice*
259 E.5th Ave, Ste. 200-C
Eugene, OR 97401
Tel: (303) 859-0403
Fax: (650) 471-7366
seanmalone8@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

---

CONSERVATION CONGRESS,

        Plaintiff,

        v.

UNITED STATES FOREST SERVICE
and the UNITED STATES FISH AND
WILDLIFE SERVICE,

        Defendants

        and

AMERICAN FOREST RESOURCE
COUNCIL, an Oregon non-profit
corporation, ASSOCIATED
CALIFORNIA LOGGERS, a California
non-profit corporation, and LOGGERS
ASSOCIATION OF NORTHERN
CALIFORNIA INC., a California non-
profit corporation,

        Defendants-Intervenors.

---

CASE NO. 2:16-CV-00864-MCE-AC

**ORDER**

---

STIPULATION OF THE PARTIES CONCERNING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
- i

WHEREAS, on March 19, 2018, Counsel for Defendants United States Forest Service and United States Fish and Wildlife Service ("Defendants") informed counsel for Plaintiff that logging as part of the Lava Project in the Modoc National Forest, which is the subject of the instant litigation, may commence as soon as March 27, 2018, the parties conferred on March 23, 2018, and agreed upon the following for Plaintiff's Motion for Preliminary Injunction:

- On March 26, 2018, Plaintiff shall file its motion for preliminary injunction and supporting documents, which may rely, in part, on Plaintiff's previously submitted merits briefing and shall be limited to 15 pages;

- On April 2, 2018, Defendants and Defedant-Intervenors shall file their Opposition to Plaintiff's Motion for Preliminary Injunction, which may rely, in part, on Defendants' and Defenant-Intervenors' previously submitted merits briefing and shall be limited to 15 pages;

- On April 4, 2018, Plaintiff shall file their Reply in Support of Motion for Preliminary Injunction, which may rely, in part, on Plaintiff's previously submitted merits briefing and shall be limited to 7 pages.

- The parties waive a hearing on Plaintiff's Motion for Preliminary Injunction, under Local Rule 230.

///
///
///
///
///
///
///
///
///
///

- The parties respectfully request that the Court rule upon Plaintiff's Motion for Preliminary Injunction or the parties' Cross-Motions for Summary Judgment as soon as practicable.

SO STIPULATED

DATED: March 26, 2018

Respectfully Submitted,

JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARKSY, Chief
S. JAY GOVINDAN, Assistant Section Chief

*/s/ Sarah J. Sheffield*
SARAH J. SHEFFIELD, Trial Attorney, HI Bar No. 10415
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0211
Fax: (202) 305-0275
sarah.sheffield@usdoj.gov

SHAUN M. PETTIGREW, CA Bar No. 254564
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-3895
Shaun.pettigrew@usdoj.gov

*Attorneys for Federal-Defendants*

*/s/ Sara Ghafouri*
Sara Ghafouri, OR Bar # 111021
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland OR 97239
(503) 222-9505
sghafouri@amforest.org

STIPULATION OF THE PARTIES CONCERNING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 2

Dennis L. Porter, Cal. Bar #67176
Attorney at Law
8120 36th Avenue
Sacramento CA 95824-2304
(916) 381-8300
Dlporter2@yahoo.com

*Attorneys for Defendant-Intervenors*

*/s/ Sean Malone*
Sean T. Malone, OR Bar # 084060
Attorney at Law
259 E. 5th Ave, Ste 200-C
Eugene OR 97401
(303) 859-0403

*Attorney for Plaintiff*

IT IS SO ORDERED.

Dated:  March 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE